IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
JAN 31 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Charlotte Franklin
(Enter Above the Name of the Plaintiff in this Action)

vs.

U.S. Immigration
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:
U.C.P.S. Dercy
U.C.B. Health Center
Talbert House Case Management
Probate Court of Hamilton County Ohio
Christ Hospital

1:25CV042
J. COLE
M.J. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Queen Charlotte L. Franklin
Name - Full Name Please - PRINT

1574 Pleasant Run Dr #3
Street Address

Cincinnati, Ohio 45240
City, State and Zip Code

513-466-4906
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. U.S.A. Immigration
   Name - Full Name Please
   550 Main St. - Cinti, OH. 45202
   Address: Street, City, State and Zip Code

2. U.S.C.S. Service

3. G.C.B. Dalton Services
   1501 Madison Road Cinti, OH. 45207

4. Albert House
   2621 Victory Parkway - Cinti, OH. 45-206

5. Probate Court - Ham. County 230 9th St.
   Cincinnati, Ohio 45202

6. Christ Hospital
   2139 Auburn Ave - Cinti OH. 45219

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section ____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Immigration let my husband Roy Roosevelt Samuels come here with 2 passports and 2 Visa's. Immigration, on 6/6 sent me a letter 1997 — that Roy was dangerous, supposed to be here in Cinti, Ohio. When he did arrive here in Cinti, Ohio on a Friday and went straight to Springfield Township Police Department before coming to my residence which was 1008 Bellspring Dr Cinti, Oh 45231. My son called me that he was here. And gave him something to drink. I came home. He left that day in the Cab service next door to my residence. He came back and had to report to immigration in Cinti, Ohio but refused to go with me. The agent called us in his office—excuse me off to go to restroom, when I returned they talked about when he went back to Jamaica—the same day. His mother has cancer; that was a lie. Then the agent came out to the waiting room, and pointed to Roy—"If you have any problem with anything contact me" and gave both business cards. Then Roy & me walking around the U.S. Postal Federal Bldg. The Lord spoke to me—Stop! He was using Black Magic to over throw our country for Queen Elizabeth

(over)

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

*[handwritten, partially legible]* I am asking with all power given to me by the Popular Father and Lord Jesus Christ, Liberty, Justice, Freedom to be apart of [illegible] and [illegible] in [illegible] Earth to fellowship with my Brothers and Sisters in Jesus Christ, to read, teach, preach, pray, and sing all the [illegible] of Marriage on [illegible] and the [illegible] [illegible] who is [illegible] my wife and the [illegible] Jesus Christ, Reconsideration, freely.

In all do respect,
Queen [illegible] L. Tyndale of the University

I state under penalty of perjury that the foregoing is true and correct. Executed on this 31 day of January, 20 25.

*[signature]* Queen [illegible] L. Tyndale
Signature of Plaintiff

-4-