AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| QUEEN CHARLOTTE FRANKLIN, | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. 1:25-cv-42 |
| U.S.A. IMMIGRATION, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   The Court ADOPTS the R&R (Doc. 5) and DISMISSES Franklin's Complaint (Doc. 4) WITH PREJUDICE because it is frivolous and fails to state a claim. The Court further REJECTS the second R&R (Doc. 10) AS MOOT given the Sixth Circuit's dismissal of Franklin's earlier appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole _____ .

Date:   5/7/25 _____

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk